

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00757-CV

**FEDEX CORPORATION** and FedEx Corporate Services, Inc.,
Appellants

v.

Michelle **CONTRERAS**, Individually and as Representative of the Estate of Christopher Talamantez, II, Deceased, Krystal Saldana a/n/f of C.M.T II and J.T., Minors, Victoria Campos a/n/f of D.C., a Minor, and Christopher Talamantez, Sr., Aurelio Fernando Perez, Individually and as Representative of the Estate of Christian Adam Vasquez, Deceased, Alexis Sanchez, Individually and as Representative of the Estate of Christian Vasquez, Deceased, Alexis Sanchez a/n/f of Christian Vasquez, Jr., a Minor,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22752
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellants' Motions for Admission Pro Hac Vice of Michael F. Morris and Kenneth Daniel Sansom are hereby GRANTED. The Appellants' Motions of Resident Counsel in Support of Motion for Admission Pro Hac Vice of Michael F. Morris and Kenneth Daniel Sansom are hereby DENIED AS MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court